**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARK J. JACOBBI

          Plaintiff,

   v.

SIRIUS XM RADIO INC., et al.

          Defendants.
_____/

CASE NO. 3:16-cv-00129-MMH-JBT

**NOTICE OF SETTLEMENT**

Defendant Sirius XM Radio Inc. ("Sirius XM Radio"), pursuant to M.D. FL Local Rule 3.08(a), hereby notifies the Court that the parties have settled this matter. Sirius Radio XM respectfully requests a short period of time to allow the parties to finalize and execute the relevant settlement documents, including a Voluntary Dismissal With Prejudice to be filed with the Court upon execution of those documents. In addition, Sirius XM Radio's response to the Complaint is currently due on April 18, 2016. [D.E. 13] In light of the settlement, any response is unnecessary and, in order to conserve the Court's and the parties' resources, Defendant will not be filing a response on that date.

Dated:  April 15, 2016

Respectfully submitted,

s/ *Paul C. Huck, Jr.*
Paul C. Huck, Jr.
Florida Bar No. 968358
JONES DAY
600 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9727
Facsimile:  (305) 714-9799
Email: paulhuck@jonesday.com
*Attorneys for Sirius XM Radio Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  Mark J. Jacobbi, 1076 Durbin Parke Drive, St. Johns, FL 32259, and also sent a courtesy copy of the same to Mr. Jacobbi via electronic mail at repairhouse@hotmail.com.

/s/ Paul C. Huck, Jr.
Paul C. Huck, Jr.
Florida Bar No. 968358
JONES DAY
600 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9727
Facsimile:  (305) 714-9799
Email: paulhuck@jonesday.com
*Attorneys for Sirius XM Radio Inc.*