UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Mark J. Jacobbi,

    Plaintiff,

        v.

Sirius XM Radio Inc., et al.,

    Defendant

Case No. 16-cv-129-MMH-JBT

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Mark J. Jacobbi hereby gives notice that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 28th, 2016
St. Johns, FL

_____
Mark J. Jacobbi