# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARK J. JACOBBI,

    Plaintiff,

v.                                                   Case No.: 3:16-cv-129-J-34JBT

SIRIUS XM RADIO INC., et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

      This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 16; Notice) filed on May 4, 2016. In the Notice, Plaintiff requests dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of May, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party